JOHN SCHMID *et al.*

*v.*

THE PEOPLE *ex rel.* Hollister, County Collector.

*Filed at Mt. Vernon May 9, 1896.*

APPEALS AND ERRORS—*avoiding errors assigned, by amendment.* When the errors assigned are obviated by an amendment of the record the judgment will be affirmed. (*Gaffner* v. *People, ante*, p. 21, followed.)

APPEAL from the County Court of Richland county; the Hon. CHARLES F. PATTERSON, Judge, presiding.

GAINES & KASSERMAN, for appellants.

JOHN LYNCH, Jr., and JOHN C. RITTER, City Attorney, for appellee.

Per CURIAM: The only ground of reversal urged by counsel for appellants is, that the record as filed by them fails to show a convening order of the court below. That objection has been entirely removed by the amended record filed by appellee. The case is in all respects like *Gaffner* v. *People*, (*ante*, p. 21,) affirming the judgment of the county court.            *Judgment affirmed.*